Regina L. Nassen (SBN 014574)
Regina.Nassen@tucsonaz.gov
Michelle R. Saavedra (SBN 25728)
Michelle.Saavedra@tucsonaz.gov
Principal Assistant City Attorney for
Michael G. Rankin
CITY ATTORNEY
P.O. Box 27210
Tucson, AZ  85726-7210
Telephone: (520) 791-4221
Fax: (520) 623-9803
*Attorneys for City of Tucson*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| City of Tucson,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Scott Turner in his official capacity as Secretary of the U.S. Department of Housing and Urban Development; et al.,<br><br>　　　　　Defendants. | No. CV-25-353-BGM<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>(Assigned to: Hon. Bruce G. MacDonald) |

　　　　Pursuant to Fed. R. Civ. P, 41(a)(1)(i), Plaintiff City of Tucson, by counsel undersigned, hereby gives notice that this action is voluntarily dismissed. Defendants have not served an answer or responsive pleading. Accordingly, Plaintiff notices voluntary dismissal, without prejudice.

　　　　DATED: August 25, 2025

　　　　　　　　　　　　　　　　　　　　　MICHAEL G. RANKIN
　　　　　　　　　　　　　　　　　　　　　City Attorney

　　　　　　　　　　　　　　　　By　　/s/ Regina L. Nassen
　　　　　　　　　　　　　　　　　　　　Regina L. Nassen
　　　　　　　　　　　　　　　　　　　　Michelle R Saavedra
　　　　　　　　　　　　　　　　　　　　Principal Assistant City Attorney